RECEIVED
IN LAKE CHARLES, LA

JUL 19 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| GEORGE KING | : | DOCKET NO. 2:06-cv-0063 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALES, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that this petition be DENIED and DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 19 day of July, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE